# United States Bankruptcy Court

For The
District of Kansas

In Re: PHILLIP GEORGE BRESSLER  
TRASIE DEONE BRESSLER

Case No.: 09-14286-13  
SS #1: XXX-XX-0087  
SS #2: XXX-XX-4725

## CHAPTER 13 TRUSTEE'S FINAL ACCOUNTING IN A COMPLETED CASE

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 12 | 30 | 09 | The Plan was confirmed on | 05 | 12 | 10 | The Case was concluded on | 03 | 20 | 13 |

**THE PLAN HAS BEEN COMPLETED**

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 274,715.10

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| PHILLIP GEORGE & TRASIE D | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM H ZIMMERMAN JR | 799 | Attorney | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| CAPITAL ONE | 032 | Unsecured | 3,754.68 | 3,754.68 | 0.00 | 0.00 |
| CREDIT UNION OF AMERICA | 019 | Secured | 29,058.74 | 29,058.74 | 3,085.63 | 0.00 |
| GREEN TREE SERVICING LLC | 017 | Secured | 37.63 | 37.63 | 41.12 | 0.00 |
| WELLS FARGO | | Dispute | 0.00 | 0.00 | 0.00 | Not Filed |
| HEATHER E VOSS | | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| AMERICAN EXPRESS CENTURIO | 026 | Unsecured | 12,952.86 | 12,952.86 | 0.00 | 0.00 |
| CR EVERGREEN LLC | 025 | Unsecured | 3,223.90 | 3,223.90 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | 027 | Unsecured | 3,936.42 | 3,936.42 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | 028 | Unsecured | 2,761.77 | 2,761.77 | 0.00 | 0.00 |
| CLINICARE | | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PORTFOLIO RECOVERY ASSOCI | 020 | Unsecured | 4,183.88 | 4,183.88 | 0.00 | 0.00 |
| HSBC BANK NEVADA | 030 | Unsecured | 1,683.84 | 1,683.84 | 0.00 | 0.00 |
| DISCOVER BANK | 002 | Unsecured | 11,319.97 | 11,319.97 | 0.00 | 0.00 |
| CAPITAL ONE | 031 | Unsecured | 1,037.92 | 1,037.92 | 0.00 | 0.00 |
| SPIRIT OF AMERICA NB/LANE | 003 | Unsecured | 813.54 | 813.54 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | 021 | Unsecured | 2,258.32 | 2,258.32 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | 022 | Unsecured | 2,590.72 | 2,590.72 | 0.00 | 0.00 |
| CAPITAL ONE BANK NA | 029 | Unsecured | 882.61 | 882.61 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | 007 | Unsecured | 17,476.48 | 17,476.48 | 0.00 | 0.00 |
| CANDICA LLC | 005 | Unsecured | 8,451.70 | 8,451.70 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | 004 | Unsecured | 247.89 | 247.89 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | 024 | Unsecured | 4,795.69 | 4,795.69 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATIO | 006 | Unsecured | 1,835.16 | 1,835.16 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATIO | 013 | Unsecured | 9,932.65 | 9,932.65 | 0.00 | 0.00 |
| WELLS FARGO BANK | 001 | Unsecured | 11,534.06 | 11,534.06 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | 008 | Unsecured | 23,439.77 | 23,439.77 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | 009 | Unsecured | 9,195.71 | 9,195.71 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | 010 | Unsecured | 3,284.65 | 3,284.65 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | 011 | Unsecured | 12,331.17 | 12,331.17 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | 012 | Unsecured | 15,593.85 | 15,593.85 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATIO | 014 | Unsecured | 30,505.30 | 30,505.30 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | 015 | Unsecured | 14,992.43 | 14,992.43 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | 016 | Unsecured | 4,906.41 | 4,906.41 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON T | 017EA1 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO | 018 | Unsecured | 2,504.40 | 2,504.40 | 0.00 | 0.00 |
| CREDIT UNION OF AMERICA | 019 | Unsecured | 2,558.73 | 2,558.73 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | 023 | Unsecured | 1,139.87 | 1,139.87 | 0.00 | 0.00 |
| WILLIAM H ZIMMERMAN JR | 799C | Attorney | 350.00 | 350.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | | Secured | 0.00 | 0.00 | 0.00 | 0.00 |

Case 09-14286    Doc# 76    Filed 04/10/13    Page 1 of 2

0026-0W-EPIP0W-00202632-401248

# United States Bankruptcy Court
For The
District of Kansas

In Re: PHILLIP GEORGE BRESSLER  
TRASIE DEONE BRESSLER

Case No.: 09-14286-13  
SS #1: XXX-XX-0087  
SS #2: XXX-XX-4725

## CHAPTER 13 TRUSTEE'S FINAL ACCOUNTING IN A COMPLETED CASE

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 12 | 30 | 09 | | The Plan was confirmed on | 05 | 12 | 10 | | The Case was concluded on | 03 | 20 | 13 |

**THE PLAN HAS BEEN COMPLETED**

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $ 274,715.10

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| GREEN TREE SERVICING LLC | 033 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| PHILLIP GEORGE & TRASIE D | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 29,096.37 | 0.00 | 226,126.35 | 0.00 | 0.00 | 255,222.72 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 29,096.37 | 0.00 | 226,126.35 | 0.00 | 0.00 | 255,222.72 | |
| INTEREST PAID | 3,126.75 | 0.00 | 0.00 | 0.00 | 0.00 | 3,126.75 | 258,349.47 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

DEBTOR'S ATTORNEY FEES  
FEE ALLOWED: 2,350.00  
FEE PAID: 2,350.00

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | TOTAL COURT COST/ ADMIN EXP |
|---|---|---|---|---|---|---|---|
| | 274.00 | 0.00 | | 6,870.86 | 6,870.77 | 0.00 | 14,015.63 |

WHEREFORE, the Trustee requests that the Court enter an Order Approving the Final Account. The Trustee in the above case certifies to the Court that she has faithfully and properly fulfilled the duties of the standing trustee, and that the receipts listed above have been fully administered.

s/ LAURIE B. WILLIAMS  DATED: 04/10/2013  
LAURIE B. WILLIAMS, S. CT.#12868  
Standing Chapter 13 Trustee  
300 W. Douglas, Suite 650  
Wichita, KS 67202  
(316) 267-1791

Case 09-14286   Doc# 76   Filed 04/10/13   Page 2 of 2